# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOSE ROLANDO MURCIA-GUTIERREZ

**Criminal Complaint**

CASE NUMBER: 08- 80 - M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count One:** On or about April 10, 2008, in New Castle County, in the District of Delaware, defendant Jose Rolando Murcia-Gutierrez, an alien, was found in the United States, after previously being removed therefrom, and, prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security of the Department of Homeland Security had expressly consented to defendant's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

**Count Two:** On or about April 10, 2008, in the State and District of Delaware, Defendant Jose Rolando Murcia-Gutierrez, an alien and subject of El Salvador, knowingly possessed an alien registration receipt card, knowing it to be forged, counterfeited, altered, and falsely made, in violation of Title 18 United States Code, Section 1546(a).

I further state that I am a(n) __Special Agent, Department of Homeland Security, ICE__ and that this complaint is based
                                    Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes X

_____
Signature of Complainant
William O. Horn
Special Agent, ICE

Sworn to before me and subscribed in my presence,

April 11, 2008                                  at      Wilmington, DE
Date                                                    City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

# **AFFIDAVIT**

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the INS. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On April 10, 2008, ICE Wilmington received notification from the Delaware State Police that a vehicle had been stopped on I-95 and that the driver of the vehicle, José MURCIA, based on record checks, appeared to be an illegal alien. There were two A-Numbers (Alien Registration Numbers) in ICE databases for the driver, whose full name is José Rolando MURCIA-Gutiérrez. The A-Numbers that related to MURCIA were A95 036 823 and A77 529 980, and ICE records showed that MURCIA had been removed from the United States to El Salvador on October 07, 2003, from New Orleans, LA.

4. On April 11, 2008, your affiant advised MURCIA of his rights, in Spanish. Once advised of his rights, MURCIA signed a waiver of his rights and agreed to speak with your affiant. In a sworn statement, he admitted that his true and correct name is José Rolando MURCIA-Gutiérrez, and that he was born on April 02, 1980, in El Salvador. He also stated that he had been removed from the United States to El Salvador on October 07, 2003.

5. In MURCIA's vehicle, the State police found a counterfeit Alien Registration Card. In his sworn statement, MURCIA stated that he had purchased the card for $100 to use for employment in the United States.

WHEREFORE, your affiant avers there is probable cause to believe that José Rolando MURCIA-Gutiérrez, a citizen and national of El Salvador, illegally reentered the United States after being removed, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security of the Department of Homeland Security, had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a), and that MURCIA-Gutiérrez possessed a counterfeit alien registration receipt card, in violation of Title 18, United States Code, Section 1546(a).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement

Subscribed and sworn to before me this __11__ day of April 2008.

The Honorable Mary Pat Thynge
United States Magistrate Judge