IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-80-M |
| ) | |
| JOSE ROLANDO MURCIA-GUTIERREZ, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    \_\_\_\_  Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

    _X_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_  Defendant's appearance as required

    \_\_\_\_  Safety of any other person and the community

Case 1:08-mj-00080-UNA    Document 3    Filed 04/11/2008    Page 2 of 6

      3. **Rebuttable Presumption**.  The United States WILL NOT invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

      \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

      \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

      4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

      \_\_\_ At first appearance

      _X_ After continuance of _10_ days.

      5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _10_ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

      1. At the time the offense was committed the defendant was:

      \_\_\_ (a) on release pending trial for a felony;

      \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      \_\_\_ (c) on probation or parole for an offense.

  _X_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  _X_ 3. The defendant may flee or pose a danger to any other person or the community.

Case 1:08-mj-00080-UNA   Document 3   Filed 04/11/2008   Page 4 of 6

6. **Other Matters**.

_____

_____

DATED this __11th__ day of ___April_____, 2008.

                        Respectfully submitted,

                        COLM F. CONNOLLY
                        United States Attorney

BY: _/s/ Robert F. Kravetz_____
                        Robert F. Kravetz
                        Assistant United States Attorney

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 APR 11  PM 3:16