# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Jose Rolando Murcia Gutierrez,
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 08-80-M

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and Detention Hearing** is set for _4/14/08_ * at _1:00 p.m._
                                 Date                           Time

before  HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE
                                  Name of Judicial Officer

COURTROOM #2B, 2nd FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE
                                 Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                 Other Custodial Official

and produced for the hearing.

_4/11/2008_
Date

_/s/_
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED

2008 APR 11  PM 3: 16

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE