# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**JOSE ROLANDO MURCIA-GUTIERREZ**

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-80M**

I, **JOSE ROLANDO MURCIA-GUTIERREZ**, charged in a complaint pending in this District with **ILLEGAL RE-ENTRY AFTER DEPORATATION AND POSSESSION OF A COUNTERFEIT ALIEN REGISTRATION CARD** in violation of Title **8**, U.S.C., **1326 and 18:1546(a)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_Jose Rolando Murcia_
Defendant

_Eleni Kousoulis_
Counsel for Defendant

April 14, 2008